UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-CR-05 |
| | ) | |
| MICHAEL CHARLES GUNTER | ) | |

## **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 7, 2006. [Doc. 139]. The Magistrate Judge recommends that the defendant' motion to suppress the evidence obtained as a result of the execution of a search warrant on his home be denied. The defendant has filed objections to this report. [Doc. 141].

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby

**ORDERED** that this Report and Recommendation is **ADOPTED** and

**APPROVED**, and that the defendant's motion to suppress is **DENIED.** [Doc. 121].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE